IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSA PINEDA SANCHEZ<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION<br>NUMBER 1:12-cr-319-TCB-4<br><br>CIVIL ACTION<br>NUMBER 1:16-cv-2888-TCB |

## O R D E R

This case comes before the Court on Magistrate Judge Linda T. Walker's Final Report and Recommendation (the "R&R") [350], which recommends dismissing Movant Rosa Pineda Sanchez's 28 U.S.C. § 2255 petition as impermissibly successive. No objections to the R&R have been filed.

The Court has conducted a "careful and complete" review of the R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Having done so, it finds no plain error in its factual or legal conclusions. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (holding that where no objection is made to an R&R, it need be reviewed only for clear error).

Accordingly, the Court adopts as its Order the R&R [350] and dismisses Petitioner's § 2255 petition [349] as impermissibly successive.[1]

IT IS SO ORDERED this 1st day of November, 2016.

	Timothy C. Batten, Sr.
	United States District Judge

---

[1] As correctly noted in the R&R, discussion of a certificate of appealability is unnecessary, because a dismissal of a habeas petition for lack of jurisdiction is not a "final order in a habeas corpus proceeding" within the meaning of 28 U.S.C. § 2553(c). *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004).